1  JACKSON LEWIS LLP
   Bradley W. Kampas (SBN 111639)
2  Scott W. Oborne (SBN 191257)
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  HOOPER, LUNDY & BOOKMAN, INC.
   Mark E. Reagan (SBN 143438)
6  Mark A. Johnson (SBN 191610)
   1875 Montgomery Street, Suite 650
7  San Francisco, CA 94104
   Telephone: (415) 875-8500
8  Facsimile: (415) 875-8519

9  Attorneys for Plaintiffs
   The Chamber of Commerce of the United States,
10 California Chamber of Commerce, Employers
   Group, California Association of Health Facilities,
11 California Healthcare Association, California
   Manufacturers and Technology Association,
12 California Association of Homes & Services for
   the Aging, Bettec Corporation, Marksherm
13 Corporation, Zilaco, Inc., Zilaco, Del Rio
   Healthcare Inc., Beverly Health & Rehabilitation
14 Services, Inc. dba Beverly Manor – Costa Mesa,
   Internext Group

15
16 NATIONAL CHAMBER LITIGATION
   CENTER, INC.
17 Stephen A. Bokat, Esq.
   1615 H Street, N.W.
18 Washington, DC 20062
   Telephone: (202) 463-5337
19 Facsimile: (202) 463-5346

20 Of Counsel for the Chamber of Commerce of
   The United States

21

22           IN THE UNITED STATES DISTRICT COURT

23        CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

24
25
26 The Chamber of Commerce of the United
   States, California Chamber of Commerce,    Case No. SA CV 02377 GLT (ANx)
27 Employers Group, California Association
28 of Health Facilities, California Healthcare     SACV 02-377 GLT (ANx)

                                      1
              [PLAINTIFFS' PROPOSED] JUDGMENT PURSUANT TO FRCP 54(b)
                           Case No. SA CV 02377 GLT (ANx)

| | |
|---|---|
| Association, California Manufacturers and Technology, California Association of Homes & Services for the Aging, Bettec Corporation, Marksherm Corporation, Zilaco, Inc., Zilaco, Del Rio Healthcare Inc., Beverly Health & Rehabilitation Services, Inc. dba Beverly Manor – Costa Mesa, Internext Group,<br><br>Plaintiffs,<br><br>v.<br><br>Bill Lockyer in his capacity as Attorney General of the State of California, The Department of Health Services, Frank G. Vanacore as the Chief of the Audit Review and Analysis Section of the California Department of Health Services, and Diana M. Bonta, R.N. Dr., P.H. as the Director of California Department of Health Services and DOES 1 through 10,<br><br>Defendants,<br><br>and<br><br>American Federation of Labor and Congress of Industrial Organizations and California labor Federation AFL-CIO,<br><br>Intervenors. | [PLAINTIFFS' PROPOSED]<br>JUDGMENT PURSUANT TO F.R.C.P. 54(b) |

On September 16, 2002, the Court entered an Order Granting Plaintiffs' Motion for Summary Judgment in Part, which finds that California Government Code sections 16645.2 and 16645.7 are preempted by the National Labor Relations Act. The parties have requested that a partial final judgment be entered pursuant to FRCP 54(b), and the Court finds that there is no just reason for delay. Accordingly, judgment is hereby entered as follows:

   1.   California Government Code sections 16645.2 and 16645.7 are hereby declared to be invalid as applied to employers covered by the National Labor Relations Act. The Court finds sections

16645.2 and 16645.7 to be preempted by the National Labor Relations Act and thus invalid under the Supremacy Clause.

2. Defendants and Intervenors, as well as their agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this Order, are hereby enjoined and restrained from taking any actions to enforce California Government Code sections 16645.2 and 16645.7 on behalf of the people of the State of California against any employer covered by the National Labor Relations Act.

Dated: Jan 3, 2003

_____
Judge of the United States District Court,
Central District of California
GARY L. TAYLOR

3
[PLAINTIFFS' PROPOSED] JUDGMENT PURSUANT TO FRCP 54(b)
Case No. SA CV 02377 GLT (ANx)

# CERTIFICATE OF SERVICE

Case No. SA CV02377 GLT (ANX)

I, the undersigned, declare that I am citizen of the United States and am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to the within action; my business address is 199 Fremont Street, 10th Floor, San Francisco, California 94105.

On the date set forth below, I caused to be served a true and correct copy of the document(s) described as:

**[PLAINTIFFS' PROPOSED] JUDGMENT PURSUANT TO F.R.C.P. 54(b)**

on all interested parties in this action listed below,

| | |
|---|---|
| O'Melveny & Myers LLP<br>Stephen P. Pepe, Esq.<br>610 Newport Center Drive, 17th Fl.<br>Newport Beach, CA 92660<br>Facsimile: (949) 823-6994 | Hooper, Lundy & Bookman, Inc.<br>Mark E. Reagan, Esq.<br>180 Montgomery St. Suite 650<br>San Francisco, CA 94104<br>Facsimile: (415) 875-8519 |
| National Chamber Litigation Center, Inc.<br>Stephen A. Bokat, Esq.<br>1615 H Street, N.W.<br>Washington, D.C. 20062<br>Facsimile: (202) 463-5346 | Office of the Attorney General<br>State of California<br>Suzanne M. Ambrose, Esq.<br>Deputy Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br>Facsimile 916 327-2319 |
| Althsuler, Berzon, Nussbaum, et al., Law Offices<br>Stephen Berzon, Esq.<br>Scott A. Kronland, Esq.<br>Stacey Layton, Esq.<br>177 Post St., Suite 300<br>San Francisco, CA 94108<br>Facsimile: 415-362-8064 | Office of the Attorney General<br>State of California<br>Attention: Catherine Ysrael, Esq. and Richard Waldow, Esq.<br>Deputies Attorney General<br>300 S. Spring Street<br>Los Angeles, CA 90013<br>Facsimile: (213) 897-7605 |

in the indicated manner:

[X]  (By Mail Federal) Pursuant to Federal Rules of Civil Procedure 4 (l), California Code of Civil Procedure § 1013(a), I placed a true copy thereof enclosed in a sealed envelope, addressed as set forth above, and deposited each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Jackson Lewis LLP.

1

Certificate of Service

[ ] **(By Facsimile)** Pursuant to Federal Rule of Civil Procedure, I transmitted from a facsimile transmission machine whose telephone number is (415) 394-9401, the document(s) described above, to the facsimile number(s) set forth above.

[ ] **(By Overnight Courier)** Pursuant to Federal Rules of Civil Procedure 4, et seq, I placed a true and correct copy thereof enclosed in a sealed Overnight Mail Service envelope, addressed as set forth above, and deposited each envelope, fully prepaid, to be delivered via overnight courier.

I am familiar with the office's practice for collection and processing of correspondence for first class mailing with the United States Postal Service, that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business, and that the document served was placed for deposit in the United States mail in accordance with the office practice, with postage thereon fully prepaid, at San Francisco, California.

[X] **(Federal)** I declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 26, 2002, at San Francisco, California.

*Bryana Schroder* (signature)
Bryana Schroder

H:\C\California Association of Health Facilities (CAHF) (46047)\AB 1889 Litigation (60784)\POS\Bryana's Proof of Service.doc