1  JACKSON LEWIS LLP
   Bradley W. Kampas (SBN 111639)
2  Scott W. Oborne (SBN 191257)
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  HOOPER, LUNDY & BOOKMAN, INC.
   Mark E. Reagan (SBN 143438)
6  Mark A. Johnson (SBN 191610)
   580 Montgomery Street, Suite 650
   San Francisco, CA 94104
   Telephone: (415) 875-8500
   Facsimile: (415) 875-8519

   Attorneys for Plaintiffs
   The Chamber of Commerce of the United States,
   California Chamber of Commerce, Employers
   Group, California Association of Health Facilities,
   California Healthcare Association, California
   Manufacturers and Technology Association,
   California Association of Homes & Services for
   the Aging, Bettec Corporation, Marksherm
13 Corporation, Zilaco, Inc., Zilaco, Del Rio
   Healthcare Inc., Beverly Health & Rehabilitation
14 Services, Inc. dba Beverly Manor – Costa Mesa,
   Internext Group

15
16 NATIONAL CHAMBER LITIGATION
   CENTER, INC.
17 Stephen A. Bokat, Esq.
   1615 H Street, N.W.
18 Washington, DC 20062
   Telephone: (202) 463-5337
19 Facsimile: (202) 463-5346

20 Of Counsel for the Chamber of Commerce of
   The United States



21

22              IN THE UNITED STATES DISTRICT COURT

23        CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

24

| 25 26 27 | The Chamber of Commerce of the United States, California Chamber of Commerce, Employers Group, California Association of Health Facilities, California Healthcare Association, California Manufacturers and Technology, California Association | Case No. SA CV 02377 GLT (ANx)<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER |
|---|---|---|

28

1

JOINT STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS'
MOTION FOR RECONSIDERATION IN PART AND GRANTING REQUEST FOR PARTIAL FINAL
JUDGMENT REGARDING CALIFORNIA GOVERNMENT CODE SECTIONS 16645.2 AND 16645.7
Case No. SA CV 02377 GLT (ANx)

|  |  |
|---|---|
| of Homes & Services for the Aging, Bettec Corporation, Marksherm Corporation, Zilaco, Inc., Zilaco, Del Rio Healthcare Inc., Beverly Health & Rehabilitation Services, Inc. dba Beverly Manor – Costa Mesa, Internext Group, | GRANTING DEFENDANTS' AND INTERVENORS' MOTION FOR RECONSIDERATION IN PART AND GRANTING REQUEST FOR PARTIAL FINAL JUDGMENT REGARDING CALIFORNIA GOVERNMENT CODE SECTIONS 16645.2 AND 16645.7 |
| Plaintiffs, | |
| v. | |
| Bill Lockyer in his capacity as Attorney General of the State of California, The Department of Health Services, Frank G. Vanacore as the Chief of the Audit Review and Analysis Section of the California Department of Health Services, and Diana M. Bonta, R.N. Dr., P.H. as the Director of California Department of Health Services and DOES 1 through 10, | |
| Defendants, | |
| and | |
| American Federation of Labor and Congress of Industrial Organizations and California labor Federation AFL-CIO, | |
| Intervenors. | |

The parties respectfully request that the Court sign the proposed Order, giving effect to the parties' stipulation and agreement as represented herein. Specifically, with the Court's permission and subject to entry of the following Order and a Judgment in accordance with said Order, the parties hereby stipulate and agree that:

1.  Defendants' and Intervenors' Motions for Reconsideration be granted in part. More specifically, the parties stipulate that Defendants' and Intervenors' Motions for Reconsideration, as applied to California Government Code sections 16645.5 and 16645.6, be granted. Defendants and Intervenors agree to withdraw the remaining portions of their Motions for Reconsideration, including the

2

JOINT STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS' MOTION FOR RECONSIDERATION IN PART AND GRANTING REQUEST FOR PARTIAL FINAL JUDGMENT REGARDING CALIFORNIA GOVERNMENT CODE SECTIONS 16645.2 AND 16645.7
Case No. SA CV 02377 GLT (ANx)

abstention argument against Plaintiff California Association of Heathcare Facilities under <u>Younger v. Harris</u>, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971).

2. Partial final judgment under Federal Rule of Civil Procedure 54(b) is appropriate in this matter because there are multiple parties and claims, at least one claim has been finally decided and there is no just reason for delay. See <u>Ginett v. Computer Task Group, Inc.</u>, 962 F.2d 1085, 1091-96 (2nd Cir. 1992).

3. Based on the foregoing, the parties stipulate to entry of a partial final judgment under Federal Rule of Civil Procedure 54(b), effectuating the Court's finding that California Government Code sections 16645.2 and 16645.7 are preempted by the National Labor Relations Act, and ordering appropriate relief. Nothing herein shall preclude Defendants or Intervenors, if they so choose, from appealing from the judgment and seeking a stay of any injunction resulting from entry of a partial final judgment under FRCP 54(b) while the appeal is pending. Should Defendants or Intervenors seek a stay of an injunction before either the Ninth Circuit Court of Appeals or the United States Supreme Court, any such motion will also request an expedited appeal.

4. The parties stipulate to stay the remaining portions of this matter, including Plaintiffs' challenge to Government Code sections 16645.1, 16645.3, 16645.4, and 16645.5, pending a final decision from the Ninth Circuit Court of Appeals and/or the United States Supreme Court regarding whether sections 16645.2 and 16645.7 are preempted by the National Labor Relations Act. Defendants and Intervenors further stipulate that if any Plaintiff or a member of any Plaintiff association is threatened with an enforcement action, the stay may be lifted upon the filing of a motion by Plaintiffs. A "threatened enforcement action" includes not only an action initiated by the State Attorney General's office for an accounting or damages, but also any demand from Defendants to certify compliance with the remaining sections of AB 1889 pursuant to California

3
JOINT STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS' MOTION FOR RECONSIDERATION IN PART AND GRANTING REQUEST FOR PARTIAL FINAL JUDGMENT REGARDING CALIFORNIA GOVERNMENT CODE SECTIONS 16645.2 AND 16645.7
Case No. SA CV 02377 GLT (ANx)

Government Code section 16645.8. The parties further stipulate that this action shall be deemed "first in time" to any subsequently threatened enforcement action against any Plaintiff or any member of a Plaintiff association, thus precluding abstention under <u>Younger v. Harris</u>, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971).

    5. The parties understand and agree this Stipulation is intended to streamline the challenge to California Assembly Bill 1889 and to facilitate a substantive ruling by the appellate court on whether California Government Code sections 16645.2 and 16645.7 are preempted by the National Labor Relations Act, thereby providing guidance for challenges to the remainder of the statute. Accordingly, the parties agree they will not raise any other issues on appeal, including but not limited to, standing, venue, abstention under <u>Younger v. Harris</u>, 401 U.S. 37, 91 S.Ct. 746 (1971) or <u>Railroad Commission of Texas v. Pullman Co.</u>, 312 U.S. 496, 61 S.Ct. 643 (1941), LMRDA, MediCal or MediCaid preemption, or violation of the First Amendment; provided however nothing herein shall preclude the parties from arguing First Amendment principles and case law solely as they relate to the impact or effect on the National Labor Relations Act preemption doctrine.

    6. The parties recognize the stipulations contained herein are contingent on: (1) this Court granting Defendants' and Intervenors' Motions for Reconsideration, as specified in Paragraph 1 above; (2) this Court's entry of Judgment under Federal Rule of Civil Procedure 54(b), granting in part Plaintiffs' Motion for Summary Judgment as specified in Paragraphs 2 and 3 above; and (3) this Court granting a stay of the remaining portions of the instant action under the terms set forth in Paragraph 4 above.

4
JOINT STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS'
MOTION FOR RECONSIDERATION IN PART AND GRANTING REQUEST FOR PARTIAL FINAL
JUDGMENT REGARDING CALIFORNIA GOVERNMENT CODE SECTIONS 16645.2 AND 16645.7
Case No. SA CV 02377 GLT (ANx)

JAN 02 2003 15:52                                    415 541 9055              PAGE.05

1  7. The parties agree this Stipulation may be signed in counterparts which
2  together shall be deemed a single, fully executed document and that photocopies
3  and/or facsimiles of signatures shall be deemed originals for all purposes.
4
5  Respectfully submitted,
6
7  Dated: ~~November~~ December 2% 2002    JACKSON LEWIS LLP
8
9                                           By _____
10                                              Bradley W. Kampas
                                                Scott W. Oborne
11
12  Dated: November __, 2002    HOOPER, LUNDY & BOOKMAN, INC.
13
14                                           By ____X_____
                                                Mark E. Reagan
15
16  Attorneys for Plaintiffs
    The Chamber of Commerce of the United States,
17  California Chamber of Commerce, Employers
    Group, California Association of Health Facilities,
18  California Healthcare Association, California
    Manufacturers and Technology Association,
19  California Association of Homes & Services for the
    Aging, Bettec Corporation, Marksherm
20  Corporation, Zilaco, Inc., Zilaco, Del Rio
    Healthcare Inc., Beverly Health & Rehabilitation
21  Services, Inc. dba Beverly Manor – Costa Mesa,
    Internext Group
22
23
24  Dated: November __, 2002    ATTORNEY GENERAL STATE OF
                                 CALIFORNIA
25
26                                           By ____X_____
                                                Suzanne M. Ambrose,
27                                              Supervising Deputy Attorney General
28
    5
    JOINT STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS'
    MOTION FOR RECONSIDERATION IN PART AND GRANTING REQUEST FOR PARTIAL FINAL
    JUDGMENT REGARDING CALIFORNIA GOVERNMENT CODE SECTIONS 16645.2 AND 16645.7
    Case No. SA CV 02377 GLT (ANx)

1  7. The parties agree this Stipulation may be signed in counterparts which
2  together shall be deemed a single, fully executed document and that photocopies
3  and/or facsimiles of signatures shall be deemed originals for all purposes.
4
5  Respectfully submitted,
6
7  Dated: December___, 2002          JACKSON LEWIS LLP
8
9                                    By _____
10                                      Bradley W. Kampas
                                        Scott W. Oborne
11
12 Dated: December 27, 2002          HOOPER, LUNDY & BOOKMAN, INC.
13
14                                   By _____
                                        Mark E. Reagan
15
16                                   Attorneys for Plaintiffs
                                     The Chamber of Commerce of the United States,
17                                   California Chamber of Commerce, Employers
                                     Group, California Association of Health Facilities,
18                                   California Healthcare Association, California
                                     Manufacturers and Technology Association,
19                                   California Association of Homes & Services for the
                                     Aging, Bettec Corporation, Marksherm
20                                   Corporation, Zilaco, Inc., Zilaco, Del Rio
                                     Healthcare Inc., Beverly Health & Rehabilitation
21                                   Services, Inc. dba Beverly Manor – Costa Mesa,
                                     Internext Group
22
23
   Dated: December ___, 2002         ATTORNEY GENERAL STATE OF
24                                   CALIFORNIA
25
26                                   By _____
                                        Suzanne M. Ambrose,
27                                      Supervising Deputy Attorney General
                                                         5
28 JOINT STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS'
   MOTION FOR RECONSIDERATION IN PART AND GRANTING REQUEST FOR PARTIAL FINAL
   JUDGMENT REGARDING CALIFORNIA GOVERNMENT CODE SECTIONS 16645.2 AND 16645.7
                                                     Case No. SA CV 02377 GLT (ANx)

7. The parties agree this Stipulation may be signed in counterparts which together shall be deemed a single, fully executed document and that photocopies and/or facsimiles of signatures shall be deemed originals for all purposes.

Respectfully submitted,

Dated: December __, 2002        JACKSON LEWIS LLP


                                By _____
                                   Bradley W. Kampas
                                   Scott W. Oborne


Dated: December __, 2002        HOOPER, LUNDY & BOOKMAN, INC.


                                By _____
                                   Mark E. Reagan

                                Attorneys for Plaintiffs
                                The Chamber of Commerce of the United States,
                                California Chamber of Commerce, Employers
                                Group, California Association of Health Facilities,
                                California Healthcare Association, California
                                Manufacturers and Technology Association,
                                California Association of Homes & Services for the
                                Aging, Bettec Corporation, Marksherm
                                Corporation, Zilaco, Inc., Zilaco, Del Rio
                                Healthcare Inc., Beverly Health & Rehabilitation
                                Services, Inc. dba Beverly Manor – Costa Mesa,
                                Internext Group


Dated: December 23, 2002        ATTORNEY GENERAL STATE OF
                                CALIFORNIA


                                By _____
                                   Suzanne M. Ambrose,
                                   Supervising Deputy Attorney General

5

JOINT STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS' MOTION FOR RECONSIDERATION IN PART AND GRANTING REQUEST FOR PARTIAL FINAL JUDGMENT REGARDING CALIFORNIA GOVERNMENT CODE SECTIONS 16645.2 AND 16645.7
Case No. SA CV 02377 GLT (ANx)

|   |   |   |
|---|---|---|
|   |   | Attorneys for Defendant Bill Lockyer in his capacity as Attorney General of the State of California |
| Dated: December 23, 2002 |   | BILL LOCKYER, ATTORNEY GENERAL STATE OF CALIFORNIA |
|   |   | By *Richard Waldow by SMA* Richard Waldow, Esq. Supervising Deputy Attorney General |
|   |   | Attorneys for Defendants The Department of Health Services, Frank G. Vanacore as the Chief of the Audit Review and Analysis Section of the California Department of Health Services, and Diana M. Bonta, R.N. Dr., P.H. as the Director of California Department of Health Services |
| Dated: December __, 2002 |   | ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN |
|   |   | By _____ Stephen P. Berzon Scott A. Kronland Stacey M. Leyton |
|   |   | Attorneys for Intervenors American Federation of Labor and Congress Industrial Organizations and California Labor Federation, AFL-CIO |

[~~PROPOSED~~] ORDER

Good cause appearing, IT IS HEREBY ORDERED:

1.  Pursuant to the parties' stipulation, Defendants' and Intervenors' Motions for Reconsideration are granted in part. Plaintiffs failed to demonstrate standing to challenge California Government Code section 16645.6. Accordingly,

6
JOINT STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS' MOTION FOR RECONSIDERATION IN PART AND GRANTING REQUEST FOR PARTIAL FINAL JUDGMENT REGARDING CALIFORNIA GOVERNMENT CODE SECTIONS 16645.2 AND 16645.7
Case No. SA CV 02377 GLT (ANx)

|  |  |
|---|---|
| | Attorneys for Defendant Bill Lockyer in his capacity as Attorney General of the State of California |
| Dated: December __, 2002 | BILL LOCKYER, ATTORNEY GENERAL STATE OF CALIFORNIA |
| | By _____<br>Richard Waldow, Esq.<br>Supervising Deputy Attorney General |
| | Attorneys for Defendants The Department of Health Services, Frank G. Vanacore as the Chief of the Audit Review and Analysis Section of the California Department of Health Services, and Diana M. Bonta, R.N. Dr., P.H. as the Director of California Department of Health Services |
| Dated: December 23, 2002 | ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN |
| | By _/s/ Scott Kronland_____<br>Stephen P. Berzon<br>Scott A. Kronland<br>Stacey M. Leyton |
| | Attorneys for Intervenors American Federation of Labor and Congress Industrial Organizations and California Labor Federation, AFL-CIO |

## [~~PROPOSED~~] ORDER

Good cause appearing, IT IS HEREBY ORDERED:

1. Pursuant to the parties' stipulation, Defendants' and Intervenors' Motions for Reconsideration are granted in part. Plaintiffs failed to demonstrate standing to challenge California Government Code section 16645.6. Accordingly,

6
JOINT STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS' MOTION FOR RECONSIDERATION IN PART AND GRANTING REQUEST FOR PARTIAL FINAL JUDGMENT REGARDING CALIFORNIA GOVERNMENT CODE SECTIONS 16645.2 AND 16645.7
Case No. SA CV 02377 GLT (ANx)

JAN 02 2003 15:53        415 541 9055        PAGE.10

Defendants' and Intervenors' Cross Motions for Partial Summary Judgment are granted as to California Government Code section 16645.6.

2. It is appropriate to give the Defendants and Intervenors further time to establish and/or respond to Plaintiffs' contention that they have standing to challenge California Government Code section 16645.5. See Provenz v. Miller, 102 F.3d 1478, 1483 (9th Cir. 1996). Accordingly, this Court's Order Granting Plaintiffs' Motion for Summary Judgment in Part, dated September 16, 2002, is hereby modified to reflect that Plaintiffs' motion as to California Government Code section 16645.5 is denied without prejudice to refiling at a later date.

3. Pursuant to the parties' stipulation, the remainder of Defendants' and Intervenors' Motions for Reconsideration are withdrawn and will not be ruled on by the Court.

4. Partial final judgment under Federal Rule of Civil Procedure section 54(b) as to California Government Code sections 16645.2 and 16645.7 is appropriate in this matter because there are multiple parties and claims, at least one claim has been finally decided and there is no just reason for delaying an appeal. See Ginett v. Computer Task Group, Inc., 962 F.2d 1085, 1091-96 (2nd Cir. 1992); see also Texico, Inc. v. Ponsoldt, 939 F.2d 794 (9th Cir. 1991) (Rule 54(b) certification proper if it will foster "expeditious decision" of action) (citing Sheehan v. Atlanta Int'l Ins. Co., 812 F.2d 465, 468 (9th Cir. 1987)). Granting the parties' request for partial final judgment will facilitate the possibility for a "more expeditious and just result for all parties." See Ginett at 1091-1096. The Court's finding that California Government Code sections 16645.2 and 16645.7 are preempted by the National Labor Relations Act is not "inherently inseparable" from the remaining challenges to California Assembly Bill 1889, so as to render a Rule 54(b) partial final judgment inappropriate. See id. at 1096; See also Cal. Gov. Code section 16649 (stating that the provisions of AB 1889 are severable.). Moreover,

7
JOINT STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS' MOTION FOR RECONSIDERATION IN PART AND GRANTING REQUEST FOR PARTIAL FINAL JUDGMENT REGARDING CALIFORNIA GOVERNMENT CODE SECTIONS 16645.2 AND 16645.7
Case No. SA CV 02377 GLT (ANx)

the parties have agreed to stay the remainder of this action pending a ruling from the appellate courts on National Labor Relations Act preemption of California Government Code sections 16645.2 and 16645.7. As such, there is little danger a subsequent ruling by this Court would render an appeal before either the Ninth Circuit Court of Appeals or the United States Supreme Court moot.

5. In accordance with the stipulation set forth above, the Court will enter a partial final judgment in favor of Plaintiffs on California Government Code sections 16645.2 and 16645.7, finding said sections preempted by the National Labor Relations Act and granting appropriate relief.

6. Pursuant to the parties' stipulation, the remaining portions of this matter, including Plaintiff's challenge to Government Code sections 16645.1, 16645.3, 16645.4, and 16645.5, are hereby stayed pending appeal of sections 16645.2 and 16645.7 to the Ninth Circuit Court of Appeals and/or the United States Supreme Court. The stay includes an indefinite continuance of the scheduling conference currently set for January 6, 2002. Plaintiffs may apply to the Court to lift said stay if Plaintiffs or any of the associational Plaintiffs' members are threatened with an enforcement action. Moreover, this action shall be deemed "first in time" to any subsequently threatened enforcement action against a Plaintiff or a member of one or more Plaintiff associations, thus precluding abstention under Younger v. Harris, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971).

Dated: Jan. 3, 2003

_____
Judge of the United States District Court,
Central District of California

H:\C\California Association of Health Facilities (CAHF) (46047)\AB 1889 Litigation (60784)\Pleadings\SWO 110502 Stip & Order re 54(b).doc

8
JOINT STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS' MOTION FOR RECONSIDERATION IN PART AND GRANTING REQUEST FOR PARTIAL FINAL JUDGMENT REGARDING CALIFORNIA GOVERNMENT CODE SECTIONS 16645.2 AND 16645.7
Case No. SA CV 02377 GLT (ANx)

# CERTIFICATE OF SERVICE

Case No. SA CV02377 GLT (ANX)

I, the undersigned, declare that I am citizen of the United States and am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to the within action; my business address is 199 Fremont Street, 10th Floor, San Francisco, California 94105.

On the date set forth below, I caused to be served a true and correct copy of the document(s) described as:

**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS' MOTION FOR RECONSIDERATION IN PART AND GRANTING REQUEST FOR PARTIAL FINAL JUDGMENT REGARDING CALIFORNIA GOVERNMENT CODE SECTIONS 16645.2 AND 16645.7**

on all interested parties in this action listed below,

| | |
|---|---|
| O'Melveny & Myers LLP<br>Stephen P. Pepe, Esq.<br>610 Newport Center Drive, 17th Fl.<br>Newport Beach, CA 92660<br>Facsimile: (949) 823-6994 | Hooper, Lundy & Bookman, Inc.<br>Mark E. Reagan, Esq.<br>180 Montgomery St. Suite 650<br>San Francisco, CA 94104<br>Facsimile: (415) 875-8519 |
| National Chamber Litigation Center, Inc.<br>Stephen A. Bokat, Esq.<br>1615 H Street, N.W.<br>Washington, D.C. 20062<br>Facsimile: (202) 463-5346 | Office of the Attorney General<br>State of California<br>Suzanne M. Ambrose, Esq.<br>Deputy Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br>Facsimile 916 327-2319 |
| Althsuler, Berzon, Nussbaum, et al., Law Offices<br>Stephen Berzon, Esq.<br>Scott A. Kronland, Esq.<br>Stacey Layton, Esq.<br>177 Post St., Suite 300<br>San Francisco, CA 94108<br>Facsimile: 415-362-8064 | Office of the Attorney General<br>State of California<br>Attention: Catherine Ysrael, Esq. and Richard Waldow, Esq.<br>Deputies Attorney General<br>300 S. Spring Street<br>Los Angeles, CA 90013<br>Facsimile: (213) 897-7605 |

in the indicated manner:

[X] **(By Mail Federal)** Pursuant to Federal Rules of Civil Procedure 4 (I), California Code of Civil Procedure § 1013(a), I placed a true copy thereof enclosed

1

1  in a sealed envelope, addressed as set forth above, and deposited each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Jackson Lewis LLP.

[ ] **(By Facsimile)** Pursuant to Federal Rule of Civil Procedure, I transmitted from a facsimile transmission machine whose telephone number is (415) 394-9401, the document(s) described above, to the facsimile number(s) set forth above.

[ ] **(By Overnight Courier)** Pursuant to Federal Rules of Civil Procedure 4, et seq, I placed a true and correct copy thereof enclosed in a sealed Overnight Mail Service envelope, addressed as set forth above, and deposited each envelope, fully prepaid, to be delivered via overnight courier.

I am familiar with the office's practice for collection and processing of correspondence for first class mailing with the United States Postal Service, that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business, and that the document served was placed for deposit in the United States mail in accordance with the office practice, with postage thereon fully prepaid, at San Francisco, California.

[X] **(Federal)** I declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 2, 2003, at San Francisco, California.

*Bryana Schroder*
Bryana Schroder

H:\C\California Association of Health Facilities (CAHF) (46047)\AB 1889 Litigation (60784)\POS\Bryana's Proof of Service.doc