JACKSON LEWIS LLP
Bradley W. Kampas (SBN 111639)
Scott Oborne (SBN 191257)
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Plaintiffs
Chamber of Commerce of the United States of America, California Chamber of Commerce, Employers Group, California Association of Health Facilities, California Healthcare Association, California Manufacturers and Technology Association, California Association of Homes & Services for the Aging, Bettec Corporation, Marksherm Corporation, Zilaco, Inc., Zilaco, Del Rio Healthcare Inc., Beverly Health & Rehabilitation Services, Inc. dba Beverly Manor – Costa Mesa, Internext Group

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Chamber of Commerce of the United States of America, California Chamber of Commerce, Employers Group, California Association of Health Facilities, California Healthcare Association, California Manufacturers and Technology, California Association of Homes & Services for the Aging, Bettec Corporation, Marksherm Corporation, Zilaco, Inc., Zilaco, Del Rio Healthcare Inc., Beverly Health & Rehabilitation Services, Inc. dba Beverly Manor – Costa Mesa, Internext Group,<br><br>Plaintiffs,<br><br>v.<br><br>Kamala Harris in her capacity as Attorney General of the State of California, Evie Correa as the Chief of the Audit Review and Analysis Section of the California | Case No. SA CV 02-377 JVS (ANx)<br><br>**ORDER OF DISMISSAL** |

1

| | |
|---|---|
| 1 | Department of Health Care Services (formerly the California Department of Health Services, and Toby Douglas as the Director of the California Department of Health Care Services and DOES 1 through 10, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants, |
| 6 | and |
| 7 | American Federation of Labor and Congress of Industrial Organizations and California labor Federation AFL-CIO, |
| 8 | |
| 9 | Intervenors. |

The parties having stipulated that the remainder of the above-captioned action be dismissed without prejudice in its entirety as to all remaining claims and all parties pursuant to Federal Rule of Civil Procedure 41(a), the remainder of the above-captioned action is hereby dismissed in its entirety without prejudice as to all remaining claims and all parties. This dismissal does not impact the existing Judgment issued on January 3, 2003 pursuant to Federal Rule of Civil Procedure 54(b), finding California Government Code sections 16645.2 and 16645.7 to be preempted by the National Labor Relations Act. Each party is to bear its own fees and costs.

The Parties shall bear their respective attorneys' fees and costs in this litigation.

IT IS SO ORDERED.

Dated: June 30. 2011

James V. Selna
U.S. District Court Judge

4820-6069-4537, v. 1